**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSHUA TEAGUE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 18-cv-00601** |
| **v.** | ) | |
| | ) | **District Judge Marvin Aspen** |
| **HEALTHCARE DEVELOPMENT** | ) | |
| **PARTNERS, LLC, and TODD BRYANT,** | ) | **Magistrate Judge Beth W. Jantz** |
| **Individually and as agent of HEALTHCARE** | ) | |
| **DEVELOPMENT PARTNERS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Joshua Teague, by and through his attorneys, and Defendants, Healthcare

Development Partners, LLC and Todd Bryant, by and through their attorneys, hereby stipulate

pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that each of Plaintiff's claims against

Defendants, and each of Defendants' counterclaims against Plaintiff, shall be dismissed with

prejudice, with each party bearing its own costs and fees associated with this litigation.

So stipulated:

On behalf of Plaintiff                                           On behalf of Defendants

/s/ Joshua M. File                                              /s/ Derek Samz
Joshua M. File                                                  Derek Samz


Prepared by:
Joshua M. File
KATZ, FRIEDMAN. EISENSTEIN,
JOHNSON, BARECK & BERTUCA, P.C.
77 West Washington Street, 20th Floor
Chicago, Illinois 60602
(312) 263-6330
(312) 372-5555 (fax)
jfile@katzfriedman.com